1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ROMAN A. SWOOPES (CABN 274167)
   Assistant United States Attorney
4  60 South Market Street, Suite 1200
   San Jose, California 95113
5  Telephone: (408) 535-5084
   FAX: (408) 535-5081
6  Roman.Swoopes@usdoj.gov

7  Attorneys for Respondents-Defendants

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 MARIA ELENA RUIZ OTERO, as next friend ) CASE NO. 25-cv-06536-NC
   and on behalf of ISMAEL DAVID CAICEDO )
   RUIZ,                                  ) **STIPULATION AND ORDER**
13                                        ) **REGARDING ADDITIONAL CASE**
              Petitioner-Plaintiff,       ) **DEADLINES**
14                                        )
        v.                                ) Judge: Hon. Nathanael Cousins
15                                        )
   POLLY KAISER, Acting Field Office Director )
16 of the San Francisco Immigration and Customs )
   Enforcement Office, et al.             )
17                                        )
              Respondents-Defendants.
18

19        Pursuant to Civil Local Rules 7-12, and subject to the Court's approval, Petitioner-Plaintiff

20 Maria Elena Ruiz Otero, as next friend and on behalf of Ismael David Caicedo Ruiz ("Petitioner") and

21 Respondents-Defendants Polly Kaiser, Todd M. Lyons, Kristi Noem, and Pamela Bondi

22 ("Respondents") hereby stipulate as follows:

23        WHEREAS, on August 22, 2025, this Court held a hearing regarding its Order to Show Cause

24 Regarding Petitioner's Motion for Preliminary Injunction;

25        WHEREAS, the Court ordered the parties to file a proposed scheduling stipulation for any

26 remaining filings by August 29, 2025;

27        WHEREAS Petitioner believes that the Court's decision could benefit from further briefing

28
   STIPULATION RE: ADDITIONAL CASE DEADLINES
   25-CV-06536-NC
                                                    1

regarding the issues raised by the Habeas Petition, Petitioner's motion for preliminary injunction, and Respondents' Response/Opposition thereto;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Petitioner and Respondents that, subject to the Court's approval:

1. By September 19, 2025, Petitioner shall file a supplemental brief, not exceeding seven pages.

2. Within 21 days of Petitioner's supplemental brief, if Respondents deem it appropriate to do so, Respondents may file a response, not to exceed seven pages.

DATED: August 29, 2025                Respectfully submitted,

                                      CRAIG H. MISSAKIAN
                                      United States Attorney

                                      */s/ Roman A. Swoopes*
                                      ROMAN A. SWOOPES
                                      Assistant United States Attorney
                                      *Attorneys for Respondents-Defendants*

DATED: August 29, 2025                LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                      OF THE SAN FRANCISCO BAY AREA

                                      */s/ Jordan Wells*
                                      JORDAN WELLS
                                      *Attorneys for Petitioner*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Roman A. Swoopes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 2, 2025

                                      _____
                                      HON. [signature stamp: GRANTED, Judge Nathanael M. Cousins]
                                      United S[tates]

STIPULATION RE: ADDITIONAL CASE DEADLINES
25-CV-06536-NC

2