CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

450 Golden Gate Ave, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7073
Michael.Starrett@usdoj.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ELENA RUIZ OTERO, on behalf of Ismael Caicedo-Ruiz,<br>    Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.[1],<br>    Respondents. | Case No. 5:25-cv-06536-NC<br>**JOINT STIPULATION AND ORDER** |

Pursuant to the Court's Order, ECF No. 26, the parties hereby respectfully submit this joint stipulation for the petition for writ of habeas corpus.

1. The parties have met and conferred and believe that a Case Management Conference is not necessary. However, the parties are willing to submit a Case Management Statement if the Court nonetheless deems it appropriate or helpful.

2. The parties jointly propose the following case schedule:

    Respondents' return: March 27, 2026

---

[1] Sergio Albarran is automatically substituted as a defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

JOINT STIPULATION AND ORDER NO. 5:25-CV-06536-NC                                                       1

Petitioner's traverse: April 27, 2026

3. The parties are prepared to proceed on this schedule and request that the Case Management Conference scheduled for February 4, 2026, be vacated

DATED: January 28, 2026.                    Respectfully submitted,

                                                         CRAIG H. MISSAKIAN
                                                         United States Attorney

                                                         /s/ *Michael J. Starrett*
                                                         MICHAEL J. STARRETT
                                                         Special Assistant United States Attorney
                                                         *Attorneys for Respondents*

DATED: January 28, 2026.                    Respectfully submitted,

                                                         /s/ *Jordan Wells*
                                                         JORDAN WELLS
                                                         Lawyers' Committee for Civil Rights of the
                                                         San Francisco Bay Area
                                                         *Attorney for Petitioner*

\**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to the parties' agreement in the joint stipulation, it is hereby ORDERED that the case management conference scheduled for February 4, 2026 is vacated. Respondents shall file their return on or before March 27, 2026. Petitioner shall file her traverse on or before April 27, 2026.

IT IS SO ORDERED.

DATED: January 29, 2026

_____
THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge



JOINT STIPULATION AND ORDER NO. 5:25-CV-06536-NC           3