United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ELENA RUIZ OTERO,
Petitioner,
v.
POLLY KAISER, et al.,
Respondents.

Case No. 25-cv-06536-NC

**JUDGMENT**

On August 25, 2026, the Court granted Petitioner's Petition for Habeas Corpus. ECF 34. Accordingly, judgment is entered in favor of Petitioner. It is ordered that Respondents are permanently enjoined and restrained from re-detaining Ismael David Caicedo-Ruiz without a pre-detention hearing before a neutral adjudicator at which Respondents bear the burden of justifying detention by clear and convincing evidence that he is a flight risk or danger to the community. The Court's order does not address the circumstances in which Respondents may detain Caicedo-Ruiz in the event he becomes subject to an executable final order of removal. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 25, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge